UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANATOLY RYBNER, | Hon. Katherine S. Hayden |
| Petitioner, | |
| v. | Civil Action No. 09-5139 (KSH) |
| UNITED STATES OF AMERICA, | |
| Respondent. | <u>ORDER</u> |

A Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 having been filed in the above-captioned matter; and the United States (by David L. Foster, Assistant U.S. Attorney, appearing) seeking an extension of time to file an answer to the petition for Writ of Habeas Corpus; and the Court having reviewed the letter submission by the government seeking such an extension; and for good cause shown;

IT IS on this 16th day of November, 2009;

ORDERED that the respondent United States of America file an answer to the above-referenced Petition within 30 days from the date on which the Government receives the transcript from the September 26, 2006 plea hearing and the transcript from the July 10, 2007 sentencing hearing.

HONORABLE KATHERINE S. HAYDEN
United States District Judge